UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Walter Bryska, et al.</u>

        v.                               Civil No. 06-cv-455-JD

<u>Daniels Transportation Co., Inc., et al.</u>

<u>O R D E R</u>

On December 5, 2006, an Order re Visiting Attorney was issued indicating that a motion for pro hac vice admission of Gerald J. Noonan, Esq. be filed within 30 days.  To date, no such filing has been received.

It is, therefore, ordered that a proper Motion for Pro Hac Vice Admission of Gerald J. Noonan be filed on or before Friday, February 9, 2007, or Attorney Noonan will be terminated from this case.

      SO ORDERED.


February 2, 2007                                     /s/ Joseph A. DiClerico, Jr.
                                                               Joseph A. DiClerico, Jr.
                                                               United States District Judge


cc:     Gerald J. Noonan, Esq.